UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY SIQUEIROS, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA CORPORATION, A CALIFORNIA CORPORATION, etc., et al.<br><br>Defendants. | Case No. EDCV 13-01789-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendants, that Plaintiff take nothing on her Second

1  Amended Complaint, and that Plaintiff's action be
2  DISMISSED WITH PREJUDICE.  The Court orders that such
3  judgment be entered.
4
5                                    */s/ Virginia A. Phillips*
6  Dated: June 1, 2015          _____
7                                    VIRGINIA A. PHILLIPS
                                     United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28